UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RICHARD WILSON                                            CIVIL ACTION

VERSUS                                                    NO. 01-2736

NATIONAL ASSOCIATION OF LETTER                            SECTION "F"
CARRIERS, BRANCH NO. 2730, ET AL.

ORDER

    Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion.  No memorandum in opposition to defendant National Association of Letter Carriers' motion to dismiss plaintiff's defamation claim, set for hearing on July 19, 2006, has been timely submitted.  Indeed, plaintiff's counsel, by letter to this Court, has stated that plaintiff has no opposition to the dismissal of his defamation and slander claims.

    Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, IT IS ORDERED that defendant National Association of Letter Carriers' motion to dismiss plaintiff's defamation claim is GRANTED

1

as unopposed.

The plaintiff's defamation claim against defendant National Association of Letter Carriers is hereby dismissed.


New Orleans, Louisiana, July 19, 2006.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　MARTIN L. C. FELDMAN
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE